IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOL OKVATH                                                    PLAINTIFF

v.                          No: 4:20-cv-1108-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                   DEFENDANT

### ORDER

No one has objected to Magistrate Judge Kearney's recommended disposition, *Doc. 15*. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes), and for legal error, the Court adopts the recommendation. The Commissioner's final decision is reversed, and the case will be remanded.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2021