IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOL OKVATH                                                               PLAINTIFF

v.                              No: 4:20-cv-1108-DPM

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                         DEFENDANT

## JUDGMENT

The case is remanded for further development of the record and a decision on that expanded record. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991). The Court also awards Okvath a reasonable attorney's fee. Motion for the fee due by 10 November 2021.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2021