# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NICHOL OKVATH**                                                               **PLAINTIFF**

**v.**                               **No: 4:20-cv-1108-DPM**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## ORDER

The Government hasn't objected to Okvath's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, *Doc. 18*, is therefore granted. The Court awards a reasonable attorney's fee of $6,732.60, payable directly to Okvath. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Okvath's lawyer.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 January 2022